IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTIONETTE SMEDLEY,

   Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-3475-TWT

**ORDER**

This is a pro se wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending granting the Defendants' Motions to Dismiss [Doc. 3 & 4]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 3 & 4] are GRANTED. The Plaintiff's Motion to Remand [Doc. 9] is DENIED.

SO ORDERED, this 14 day of August, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge